**Charles B. PATRICK, Appellant**

v.

**UNITED STATES.**

No. 16648.

United States Court of Appeals
Eighth Circuit.

Dec. 8, 1960.

Charles B. Patrick, pro se.

William H. Webster, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Leave to proceed on appeal in forma pauperis denied; appeal docketed without payment of fees and dismissed as frivolous.

**Crum DINKENS, Mrs. Robert S. Lampley, and George Penton, as Members of the Board of Registrars of Montgomery, County, Alabama, Appellants,**

v.

**ATTORNEY GENERAL OF the UNITED STATES et al., Appellees.**

**STATE OF ALABAMA ex rel. MacDonald GALLION as Attorney General of Alabama, Appellant,**

v.

**William P. ROGERS, Attorney General of the United States, et al., Appellees.**

Nos. 18562, 18585.

United States Court of Appeals
Fifth Circuit.

Jan. 23, 1961.

Gordon Madison, Leslie Hall, Asst. Attys. Gen., Montgomery, Ala., MacDonald Gallion, Atty. Gen., Willard W. Livingston, Chief Asst. Atty. Gen., Montgomery, Ala., for appellants.

Harold R. Tyler, Jr., Asst. Atty. Gen., Dept. of Justice, Hartwell Davis, U. S. Atty., Montgomery, Ala., Harold H. Greene, Ben Brooks, Robert Owen, Howard A. Glickstein, Attys., Dept. of Justice, Washington, D. C., for appellees.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and MIZE, District Judge.

PER CURIAM.

The judgments of the trial court in these two cases, consolidated for hearing on the trial, are hereby affirmed on the basis of the well reasoned opinion by the trial court. State of Alabama ex rel. Gallion v. Rogers, D.C., 187 F.Supp. 848.

Affirmed.

**William J. EDELL, Bankrupt, Appellant,**

v.

**John NICHOLAS, Trustee, Appellee.**

No. 18533.

United States Court of Appeals
Fifth Circuit.

Jan. 23, 1961.

Rehearing Denied Feb. 21, 1961.

William J. Edell, in pro. per.

David M. Levy, Burton D. Tanenbaum, Newton Morgan, Rochester, N. Y., George L. Pink, West Palm Beach, Fla., for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and MIZE, District Judge.

PER CURIAM.

Although the Court has extended the time at appellant's request long beyond the time provided in the applicable rules to permit the appellant, acting without counsel, to perfect the record, we conclude that there is nothing in the record that shows the trial judge erred in his judgment.

The judgment is affirmed.